IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

| | |
|---|---|
| BRANCH BANKING AND TRUST COMPANY<br>223 West Nash Street<br>Wilson, NC 27893<br><br>    Plaintiff<br><br>v.<br><br>BLUESKY BRANDS, INC.<br>214 Lincoln Street<br>Suite 402<br>Allston, MA 02134<br><br>Serve On:<br>Corporation Service Company,<br>Registered Agent<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808<br><br>    Defendant. | Civil Action No. _____ |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DISCLOSURE PURSUANT TO F.R.C.P. RULE 7.1

Plaintiff, Branch Banking and Trust Company, is a wholly owned subsidiary of BB&T Corporation, 200 West Second Street, Winston-Salem, North Carolina 27101. BB&T is a publicly traded corporation.

THOMAS & LIBOWITZ, P.A.

*/s/ Louis J. Ebert*

Louis J. Ebert, Esquire
Bar No. 4625
1105 Market Street
Suite 300
Wilmington, DE 19801

Phone: 302-261-2419

and

100 Light Street
Suite 1100
Baltimore, MD 21202
Phone: 443-927-2116
Fax: 410-752-2046

Attorneys for Plaintiff

Dated: June 20, 2008