AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

| | | |
|---|---|---|
| Branch Banking and Trust Company | ) | 08-375 |
| Plaintiff | ) | |
| v. | ) | Civil Action No. _____ |
| Bluesky Brands, Inc. | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Bluesky Brands, Inc., 214 Lincoln Street, Suite 402, Allston, MA 02134 to be served c/o of Corporation Service Company, Registered Agent, 2711 Centerville Road, Suite 400, Wilmington, DE 19808

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Louis J. Ebert, Esq., Thomas & Libowitz, P.A., 1105 Market Street, Suite 300, Wilmington, DE 19801

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**PETER T. DALLEO**
Name of clerk of court

Date: JUN 2 3 2008

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __Bluesky Brands, Inc.__,
by: Date Served: 7/1/08   Time Served: 2:52 PM

    (1) personally delivering a copy of each to the individual at this place, _____
_____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
        __Mary Drummond, Managing Agent duly authorized to accept service__ ; or
        at Corporation Service Company, 2711 Centerville Rd. # 400, Wilmington, DE 19808
    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __July 2, 2008__

_____
Server's signature

Daniel Newcomb, Process Server
Printed name and title

Documents Served:
Summons; Civil Cover Sheet; Disclosure Pursuant to F.R.C.P. Rule 7.1; Notice of Availability of a United States Judge to Exercise Jurisdiction; Acknowledgement of Receipt for AO Form 85; and Complaint

2000 Pennsylvania Avenue, Suite 207
Server's address
Wilmington, DE 19806